# UNITED STATES DISTRICT COURT
for the

District of Columbia ▼

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00071 |
| | ) Assigned to: Judge Zia M. Faruqui |
| | ) Assign Date: 1/15/2021 |
| Lisa Marie Eisenhart | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Lisa Marie Eisenhart
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Violations of 18 U.S.C. §§ 231(a)(3), 1752(a), 371, 2, and 40 U.S.C. § 5104(e)(2).

Date: 01/15/2021

2021.01.15
18:19:41 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/15/2021, and the person was arrested on *(date)* 1/16/2021
at *(city and state)*

Date: 1/17/2021

*Arresting officer's signature*

Christopher R. Potts, FBI SA
*Printed name and title*