MAGISTRATE JUDGE FRENSLEY COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS

U.S.A. v. Lisa Eisenhart, No. 21-mj-2679

**ATTORNEY FOR GOVERNMENT:** Josh Kurtzman

**ATTORNEY FOR DEFENDANT:** Jonathan Farmer ☐ AFPD (Panel) ☐ Retained

**PRETRIAL SERVICES/PROBATION OFFICER:** Tiana Rock

**INTERPRETER NEEDED?** YES (NO) LANGUAGE/INTERPRETER: _____
☐ PRESENT ☐ ON TELEPHONE

☑ **INITIAL APPEARANCE** ☐ ON A SUMMONS ☑ ARRESTED ON: 1.16.21
  DEFENDANT HAS A COPY OF:
  ☑ Complaint ☐ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other _____
  ☑ Defendant advised of the charges and the maximum penalties
  ☐ Defendant has a copy of notice of rights
  ☑ Defendant advised of right to counsel                    ☐ Counsel retained
  ☐ Defendant sworn and/or certified under penalty of perjury and financial affidavit filed    ☑ FPD Appointed
  ☑ Defendant advised of right to silence
  ☐ Defendant advised of right to **Consular notification**
  ☑ Government motion for detention
  ☑ Defendant temporarily detained                           ☐ ICE detainer on defendant
  ☐ Defendant waived detention hearing                       ☐ Defendant reserved right to hearing in future
  ☐ Defendant to remain in Federal custody                   ☐ Defendant to be returned to State custody
  ☑ Defendant advised of right to preliminary hearing        ☐ Defendant waived preliminary hearing
  ☐ Defendant ordered to psychological/psychiatric evaluation
  ☐ Defendant to remain on current conditions of **supervised release**
  ☐ Defendant released on:
    ☐ Own recognizance with conditions of release  ☐ standard  ☐ special
    ☐ Appearance bond in the amount of: _____
    ☐ Property bond [description of property]: _____
    ☐ Performance bond [as set out in conditions of release]
  ☑ **RULE 5** – Defendant advised of right to identity hearing   ☐ Defendant waived identity hearing
  ☐ **RULE 5** – Defendant reserved right to have preliminary hearing in District of Prosecution
  ☐ **RULE 5** – Defendant elected to have detention hearing in District of Prosecution
  ☑ **RULE 5** – DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER
☑ **PRELIMINARY/DETENTION/ARRAIGNMENT** and (IDENTITY) CONTINUED TO: 1.25.21 at 1:00 pm via VTC.

☐ **GRAND JURY WAIVED IN OPEN COURT** [Defendant sworn and advised of rights by Court]

☐ **ARRAIGNMENT**
  ☐ Defendant acknowledges he/she has copy of Indictment/Information  ☐ Court advised Def. of penalties
  ☐ Defendant waives reading thereof      ☐ Indictment/Information read to defendant by Judge
  **PLEA:** ☐ **GUILTY**  ☐ **NOT GUILTY**   ☐ Defendant intends to plead guilty and case referred to DJ

---

**DATE:** 1.19.21                       **TOTAL TIME:** 12 minutes
**BEGIN TIME:** 2:31 pm                 **END TIME:** 2:43 pm
*Digitally Recorded*

Case 3:21-mj-02679   Document 2   Filed 01/19/21   Page 1 of 1 PageID #: 2

Form Revised 2/9/2018                   Page 1 of 1