# UNITED STATES DISTRICT COURT
## for the Middle District of Tennessee

United States of America

NOTICE

v.

Lisa Marie Eisenhart

Case No. 3:21-mj-2679

| Type of case: | ☐ Civil | ☒ Criminal |
|---|---|---|

☒ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

Place: Video conference at U.S. Courthouse, 801 Broadway, Nashville, TN 37203

Room No.: _____  Date: 1.25.21  Time: 1:00 PM

Type of Proceeding: Preliminary, Detention, and Identity Hearing

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

Place: _____

Date and time previously scheduled:   Continued to:

Date _____ Time _____   Date _____ Time _____

JEFFERY S. FRENSLEY
U.S. Magistrate Judge or Clerk of Court

Date 1.19.21

Surabhi Morrissey
(by) Deputy Clerk