UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Case No. 3:21-mj-2679 |
| v. | ) | |
| | ) | Magistrate Judge Frensley |
| | ) | |
| LISA MARIE EISENHART | ) | |

## MOTION FOR DETENTION

Pursuant to Title 18, United States Code, Section 3142, the Government moves to have the Defendant detained pending proceedings in this matter on the basis that she may flee and that, based on the conduct described in the affidavit supporting the Criminal Complaint, she poses a danger to the community and a risk of flight. For the reasons outlined in greater detail in the Memorandum in Support of this Motion, the Defendant should be detained pending her trial.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney for the
Middle District of Tennessee

By: *s/ Joshua A. Kurtzman*
JOSHUA A. KURTZMAN
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
Phone: 615-401-6617

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2021, I sent a copy of the foregoing via the Court's electronic filing system to Jonathan Farmer, Esq., counsel for the defendant.

s/ Joshua A. Kurtzman
JOSHUA A. KURTZMAN
Assistant United States Attorney
