| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS | ) | 3:21-mj-2679 |
| | ) | Magistrate Judge Frensley |
| LISA EISENHART | ) | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Defendant Lisa Eisenhart, through counsel, moves this Honorable Court for an ORDER allowing her to file her Financial Affidavit under Seal. In support, counsel would show that Administrative Order No. 167-1 at Section 5.07 requires parties to file a motion seeking leave of court prior to the filing of any sealed documents.

In the present matter, Defendant submits that her Motion should be filed under seal because the document contains confidential and personal information.

**Respectfully submitted,**

   */s/ Jonathan P. Farmer*
Jonathan P. Farmer (BPR 020749)
511 Union St, Suite 1000
Nashville, TN 37219
(P) 615-238-6300
jfarmer@bonelaw.com
*Counsel for Lisa Eisenhart*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 25, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to all attorneys of record.

                 ***/s/ Jonathan P. Farmer***
                  Jonathan P. Farmer