MAGISTRATE JUDGE FRENSLEY COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS

U.S.A. v. _Lisa Eisenhart_ , No. _3:21-mj-2679_

ATTORNEY FOR GOVERNMENT: _Josh Kurtzman_

ATTORNEY FOR DEFENDANT: _Jonathan Farmer_ ☐ AFPD ☑ Panel ☐ Retained

PRETRIAL SERVICES/PROBATION OFFICER: _Douglas Murphy_

INTERPRETER NEEDED? YES / **NO** LANGUAGE/INTERPRETER: _____
☐ PRESENT ☐ ON TELEPHONE

☐ **INITIAL APPEARANCE** ☐ **ON A SUMMONS** ☐ **ARRESTED ON:** _____
   DEFENDANT HAS A COPY OF:
   ☐ Complaint ☐ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other _____
   ☐ Defendant advised of the charges and the maximum penalties
   ☐ Defendant has a copy of notice of rights
   ☐ Defendant advised of right to counsel     ☐ Counsel retained
   ☐ Defendant sworn and/or certified under penalty of perjury and financial affidavit filed     ☐ FPD Appointed
   ☐ Defendant advised of right to silence
   ☐ Defendant advised of right to **Consular notification**
   ☐ Government motion for detention
   ☐ Defendant temporarily detained     ☐ ICE detainer on defendant
   ☐ Defendant waived detention hearing     ☐ Defendant reserved right to hearing in future
   ☐ Defendant to remain in Federal custody     ☐ Defendant to be returned to State custody
   ☐ Defendant advised of right to preliminary hearing     ☐ Defendant waived preliminary hearing
   ☐ Defendant ordered to psychological/psychiatric evaluation
   ☐ Defendant to remain on current conditions of **supervised release**
   ☐ Defendant released on:
      ☐ Own recognizance with conditions of release    ☐ standard    ☐ special
      ☐ Appearance bond in the amount of: _____
      ☐ Property bond [description of property]: _____
      ☐ Performance bond [as set out in conditions of release]
   ☐ **RULE 5** - Defendant advised of right to identity hearing    ☐ Defendant waived identity hearing
   ☐ **RULE 5** - Defendant reserved right to have preliminary hearing in District of Prosecution
   ☐ **RULE 5** - Defendant elected to have detention hearing in District of Prosecution
   ☐ **RULE 5** - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER

☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** _____

☐ **GRAND JURY WAIVED IN OPEN COURT**    [Defendant sworn and advised of rights by Court]

☐ **ARRAIGNMENT**
   ☐ Defendant acknowledges he/she has copy of Indictment/Information    ☐ Court advised Def. of penalties
   ☐ Defendant waives reading thereof    ☐ Indictment/Information read to defendant by Judge
   **PLEA:** ☐ **GUILTY**    ☐ **NOT GUILTY**    ☐ Defendant intends to plead guilty and case referred to DJ

---

DATE: _1.25.21_      **TOTAL TIME:** _5 hours 32 minutes_
BEGIN TIME: _1:04 pm_      END TIME: _6:36 pm_
*Digitally Recorded*

Form Revised 2/9/2018     Page 1 of _2_

UNITED STATES OF AMERICA v. Lisa Eisenhart    NO. 3:21-mj-2679

- [ ] **RULE 5 IDENTITY HEARING**
  - [ ] Held, defendant found to be person named in warrant
  - [ ] Held, defendant found NOT to be person named in warrant and released
  - [ ] Waived in open Court

- [x] **PRELIMINARY HEARING**        CONTINUED TO: _____
  - [x] Probable Cause found/Held to answer/bound over        ☐ Discharged from custody
  - [ ] Defendant waived preliminary hearing
  - [ ] RULE 5 - Held to answer in District of Prosecution
  - [ ] RULE 5 - Defendant reserved right to have hearing in District of Prosecution

- [x] **DETENTION HEARING**        CONTINUED TO: _____
  - [ ] Government withdrew motion for detention or agreed to release
  - [ ] Pretrial Services Report made a part of the record    ☐ Counsel moved to retain copy of PTSR/granted
  - [ ] Bond set at: _____                           [x] Defendant released on [date]: 1.26.21 at 5pm.
  - [ ] RULE 5 - Defendant elected to have hearing in District of Prosecution
  - [ ] Defendant waived detention hearing    ☐ Defendant reserved right to hearing in future
  - [ ] Defendant detained, order to enter     ☐ ICE detainer pending
  - [ ] Defendant to remain in Federal custody  ☐ Defendant to be returned to State custody
  - [ ] Government moved for stay of execution of release pending appeal
    - [ ] Motion granted                        ☐ Motion denied
  - [ ] Defendant advised of right to appeal

- [ ] **ARRAIGNMENT ON MISDEMEANOR**
  - [ ] Defendant acknowledges he/she has copy of Indictment/Information
  - [ ] Indictment/Information read to defendant by Judge    ☐ Defendant waives reading thereof
  - **PLEA:** ☐ GUILTY    ☐ NOT GUILTY
  - [ ] Misdemeanor - defendant consented to trial before Magistrate Judge
  - [ ] Written plea agreement/filed in open Court           ☐ Oral plea agreement
  - [ ] Guilty plea:    ☐ Accepted    ☐ Rejected    ☐ Taken under advisement

- [ ] **OTHER**
  - [ ] Type of hearing and outcome: _____

- [ ] **DEFENDANT DID NOT APPEAR AS DIRECTED, BENCH WARRANT ISSUED**

Witness and Exhibit List attached.

**NOTES/EVIDENTIARY MATTERS/SENTENCING:**    (Witnesses, Exhibits, Attach W/Ex List if necessary)